IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

Meredith-Ann: Yates,
: Petitioner,
:
v.           25-1008 C
: Case No. _____
:
The United States of America,
: Respondent.

---

MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES Petitioner, Meredith-Ann: Yates, and respectfully requests this Honorable Court allow this case to proceed without prepayment of fees, pursuant to the Court's rules and the principles of equity, due to financial hardship. Petitioner affirms that she is unable to pay the filing fee without undue burden or sacrifice.

Attached hereto and incorporated by reference is the Verified Petition for Redress, which details the economic deprivation suffered at the hands of public actors under color of law. Petitioner affirms the truth of this motion under penalty of perjury.

Respectfully submitted,
this __6__ day of __June__, 2025.

*Meredith Ann Yates* (signature)

Meredith-Ann: Yates
PO Box 528
Marble, North Carolina [28905]
sui juris